

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF RONALD FRANKLIN WARREN, DECEASED. | § § § § § § | No. 08-25-00002-CV<br><br>Appeal from the<br><br>83rd District Court<br><br>of Pecos County, Texas<br><br>(TC# P-8696-83-CV) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 10th day of March 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.